UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARID AHMED JEWEL,<br><br>Petitioner,<br><br>-v-<br><br>SECRETARY OF DHS,<br><br>Respondents. | 26 Civ. 8069<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received petitioner's petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241. Dkt. 1. The petitioner states that he is "writing to this honorable court . . . from a jail in Livingston, Texas." *Id.* at 2. "For core habeas petitions, jurisdiction lies in only one district: the district of confinement." *Trump v. J.G.G.*, 604 U.S. 670, 674 (2025) (cleaned up); *Öztürk v. Hyde*, 136 F.4th 382, 391 (2d Cir. 2025) (same). Accordingly, the Court directs counsel for respondents to file a letter on the docket of the case by Thursday, September 17, 2026, setting out its views as to whether venue is proper in this District.

The Court is separately emailing this Order to Jeffrey Oestericher, the Chief of the Civil Division at the United States Attorney's Office for the Southern District of New York to ensure respondents' prompt notice.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2026
New York, New York